FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 06 2016

BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:16-CR- 31 |
| | § | |
| JAMES ORTEGA | § | Clark- Giblin |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

(Violation: 18 U.S.C. § 751(a), Escape From Custody)

On or about February 27, 2016, the defendant, James Ortega, did knowingly escape from custody of the Federal Prison Camp, located at the Federal Correctional Complex, in Beaumont, Texas, in the Eastern District of Texas, where he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment order issued by the United States District Court for the Eastern District of Texas for a violation of Title 21, United States Code, Sections 841(a), 846, and 860.

All in violation of 18 U.S.C. § 751(a).

A TRUE BILL

GRAND JURY FOREPERSON

JOHN M. BALES
United States Attorney

CHRISTINA V. HAUCK
Special Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:16-CR- 31 |
| | § | |
| JAMES ORTEGA | § | |

**NOTICE OF PENALTY**

**Count One**

Violation: 18 U.S.C. §751(a)

Penalty: Imprisonment of not more than five (5) years, a fine not to exceed $250,000, or both, a term of supervised release of not more than three (3) years.

Special Assessment: $100.00